

Michael A. Isaacs, State Bar No. 99782
Jennifer C. Hayes, State Bar No. 197252
McKENNA LONG & ALDRIDGE LLP
Rincon Center II,
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3895
misaacs@mckennalong.com
jhayes@mckennalong.com

Attorneys for Barry Milgrom,
Trustee in Bankruptcy

Signed and Filed: June 11, 2013

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re:

    O'REILLY & COLLINS,
    a Professional Corporation
    Tax ID / EIN: 94-3048656
    *aka* THE O'REILLY LAW FIRM
    *aka* TERRY O'REILLY LAW FIRM,
    *fka* O'REILLY AND COLLINS
    *fka* O'REILLY/COLLINS
    *fka* O'REILLY & DANKO
    *fka* O'REILLY COLLINS

        Debtor.

Case No. 12-33016 DM
Chapter 7
Hon. Dennis Montali

**ORDER APPROVING STIPULATION
FOR PROTECTIVE ORDER**

Upon due consideration and review of the Stipulation for Protective Order (Docket No. 105) (the "Stipulation"), the Court hereby orders as follows:

1. The Stipulation is approved in its entirety.

2. Within seven calendar days of entry this order, Terence O'Reilly ("Mr. O'Reilly") shall provide to the Barry A. Milgrom (the "Trustee") and Michael A. Isaacs ("Counsel") a complete, accurate, and current statement of Mr. O'Reilly's assets and liabilities (together, the "O'Reilly Financials") for the purpose of assisting the Trustee and his Counsel in connection with their efforts to negotiate a global settlement (the "Settlement Efforts") of the estate's claims against: (a) Mr. O'Reilly; (b) Michael Danko; (c) The Danko Law Firm; and (d) Shirin Razavian.

3. Prior to being provided to the Trustee or his Counsel, each page of the O'Reilly Financials shall be clearly marked as "Confidential Information for Trustee Only."

4. Absent the prior written consent of Mr. O'Reilly or entry of a court order compelling disclosure of the O'Reilly Financials, Counsel shall not disclose the O'Reilly Financials and/or their contents to any natural person, business organization, or governmental agency. Counsel in his sole discretion may disclose the O'Reilly Financials and/or their contents to any employee(s) of McKenna Long & Aldridge who is assisting Counsel and/or the Trustee in connection with the Settlement Efforts, provided, however, that the employee(s) reads the entirety of this stipulation and agrees in writing to be bound by its terms.

5. This protective order shall remain in effect and shall be binding on its signatories for so long as the Trustee and his Counsel are in possession of the O'Reilly Financials. If there comes a time when, in the judgment of the Trustee and Counsel, Settlement Efforts are no longer productive, then the Trustee and his Counsel shall return the O'Reilly Financials to Mr. O'Reilly's counsel of record and shall cause to be destroyed any electronic copies of the O'Reilly Financials.

6. The Stipulation shall be construed under the laws of the State of California and the laws of the United States to the extent applicable.

**\*\*END OF ORDER\*\***