# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re: O'REILLY & COLLINS, A PROFESSIONAL     § Case No. 12-33016
                                              §
                                              §
Debtor(s)                                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Barry Milgrom, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $641,680.96 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $746,088.41 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $1,088,728.28 | |

3) Total gross receipts of $ 1,834,816.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,834,816.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $6,099,011.85 | $78,458.14 | $642.39 | $642.39 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,109,618.16 | 1,088,728.28 | 1,088,728.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 82.11 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 486,954.05 | 6,558,200.64 | 6,136,923.20 | 745,446.02 |
| **TOTAL DISBURSEMENTS** | $6,586,048.01 | $7,746,276.94 | $7,226,293.87 | $1,834,816.69 |

4) This case was originally filed under Chapter 7 on October 25, 2012. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2017     By: /s/Barry Milgrom
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds held by Credit Management Association | 1129-000 | 177,840.99 |
| Loan Receivables (unknown) | 1121-000 | 21,141.63 |
| Accounts receivable (unknown) | 1129-000 | 163,362.24 |
| Stewarts Client/Citibank NA | 1229-000 | 518,831.10 |
| State Farm | 1229-000 | 8,140.12 |
| Proceeds of a bank levy | 1229-000 | 21,364.14 |
| Return premium from Hartford for workers comp | 1290-000 | 3,568.00 |
| account receivable - Frembling vs Piper (Searcy) | 1121-000 | 47,452.41 |
| Account receivable - Howard vs. Toyota | 1221-000 | 23,011.06 |
| LIQUIDATED DEBTS OWING DEBTOR | 1290-000 | 105.00 |
| Stephens & Stephens v Fireman's Fund litigation | 1221-000 | 850,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,834,816.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S | City and County of San Francisco | 4110-000 | N/A | 642.39 | 642.39 | 642.39 |
| 4-S | California Bank & Trust | 4120-000 | N/A | 77,815.75 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED California Bank & Trust | 4110-000 | 2,848,836.85 | N/A | N/A | 0.00 |
| NOTFILED Michael Danko | 4210-000 | 3,250,175.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$6,099,011.85** | **$78,458.14** | **$642.39** | **$642.39** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Barry Milgrom | 2100-000 | N/A | 78,294.50 | 78,294.50 | 78,294.50 |
| Trustee Expenses - Barry Milgrom | 2200-000 | N/A | 166.65 | 166.65 | 166.65 |
| Other - Franchise Tax Board | 2820-000 | N/A | 2,400.00 | 2,400.00 | 2,400.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 1,052.75 | 1,052.75 | 1,052.75 |
| Other - JAMS | 3721-000 | N/A | 4,200.00 | 4,200.00 | 4,200.00 |
| Other - LSS-IT, Inc. | 2990-000 | N/A | 248.00 | 248.00 | 248.00 |
| Attorney for Trustee Expenses (Trustee Firm) - McKenna Long & Aldridge LLP | 3120-000 | N/A | 2,123.79 | 2,123.79 | 2,123.79 |
| Attorney for Trustee Fees (Trustee Firm) - McKenna Long & Aldridge LLP | 3110-000 | N/A | 295,118.50 | 295,118.50 | 295,118.50 |
| Other - Bachecki, Crom & Co. LLP | 3420-000 | N/A | 28.24 | 28.24 | 28.24 |
| Other - Bachecki, Crom & Co. LLP | 3410-000 | N/A | 39,184.00 | 39,184.00 | 39,184.00 |
| Attorney for Trustee Expenses (Trustee Firm) - McKENNA LONG & ALDRIDGE LLP | 3120-000 | N/A | 4,043.01 | 4,043.01 | 4,043.01 |
| Attorney for Trustee Fees (Trustee Firm) - McKENNA LONG & ALDRIDGE LLP | 3110-000 | N/A | 279,434.50 | 258,544.62 | 258,544.62 |
| Other - Pinnacle Law Group LLP | 3992-000 | N/A | 177.07 | 177.07 | 177.07 |
| Other - Pamela Stevens | 2990-000 | N/A | 1,320.00 | 1,320.00 | 1,320.00 |
| Other - Bachecki, Crom & Co. LLP | 3420-000 | N/A | 149.58 | 149.58 | 149.58 |
| Other - Bachecki, Crom & Co. LLP | 3410-000 | N/A | 60,398.00 | 60,398.00 | 60,398.00 |
| Other - Dentons US LLP | 3220-000 | N/A | 697.82 | 697.82 | 697.82 |
| Other - Dentons US LLP | 3210-000 | N/A | 285,987.50 | 285,987.50 | 285,987.50 |
| Other - Michael Bonner | 2990-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| Other - Franchise Tax Board | 2820-000 | N/A | 1,611.00 | 1,611.00 | 1,611.00 |
| Other - Pinnacle Law Group LLP | 3991-000 | N/A | 18,539.50 | 18,539.50 | 18,539.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 340.43 | 340.43 | 340.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,002.01 | 1,002.01 | 1,002.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,010.06 | 1,010.06 | 1,010.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 952.88 | 952.88 | 952.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,121.72 | 1,121.72 | 1,121.72 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,024.13 | 1,024.13 | 1,024.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 979.62 | 979.62 | 979.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,123.46 | 1,123.46 | 1,123.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 953.25 | 953.25 | 953.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,040.26 | 1,040.26 | 1,040.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 656.96 | 656.96 | 656.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 569.24 | 569.24 | 569.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 588.12 | 588.12 | 588.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 652.31 | 652.31 | 652.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 610.95 | 610.95 | 610.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 589.74 | 589.74 | 589.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 673.39 | 673.39 | 673.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 592.18 | 592.18 | 592.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 813.63 | 813.63 | 813.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 872.80 | 872.80 | 872.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 778.18 | 778.18 | 778.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 992.65 | 992.65 | 992.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 446.73 | 446.73 | 446.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 415.89 | 415.89 | 415.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 473.75 | 473.75 | 473.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 471.58 | 471.58 | 471.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 476.11 | 476.11 | 476.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 524.63 | 524.63 | 524.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 507.45 | 507.45 | 507.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 474.01 | 474.01 | 474.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 522.36 | 522.36 | 522.36 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 488.92 | 488.92 | 488.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 471.94 | 471.94 | 471.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 534.24 | 534.24 | 534.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 466.34 | 466.34 | 466.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 465.50 | 465.50 | 465.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 529.04 | 529.04 | 529.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 464.12 | 464.12 | 464.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 463.47 | 463.47 | 463.47 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 526.74 | 526.74 | 526.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 462.10 | 462.10 | 462.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 525.11 | 525.11 | 525.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 471.80 | 471.80 | 471.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 454.25 | 454.25 | 454.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 500.60 | 500.60 | 500.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 590.48 | 590.48 | 590.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,803.43 | 1,803.43 | 1,803.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,575.19 | 1,575.19 | 1,575.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,109,618.16 | $1,088,728.28 | $1,088,728.28 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Tax Assessor | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Franchise Tax Board | 5800-000 | 82.11 | N/A | N/A | 0.00 |
| NOTFILED | State of California | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Secretary of State | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Office of the City Clerk | 5800-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $82.11 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -3 | Michael S. Danko | 7100-000 | N/A | 6,076,651.25 | 6,076,651.25 | 720,579.17 |
| 2 | Atkinson-Baker Inc. | 7100-000 | 0.00 | 262.59 | 262.59 | 262.59 |
| 3 | Electro Imaging Systems, Inc. | 7100-000 | 1,260.92 | 1,260.92 | 1,260.92 | 1,260.92 |
| 4 -6 | California Bank & Trust | 7100-000 | N/A | 40,168.32 | 40,168.32 | 4,763.22 |
| 5 | BULLIVANT, HOUSER BAILEY PC | 7100-000 | N/A | 799.70 | 799.70 | 799.70 |
| 6 | LexisNexis | 7100-000 | 2,240.80 | 3,795.00 | 3,795.00 | 3,795.00 |
| 7 | LEWIS BRISBOIS BISGAARD & SMITH, LLP | 7100-000 | 248,944.57 | 196,472.02 | 0.00 | 0.00 |
| 9 | Terrance O'Reilly | 7100-000 | N/A | 78,860.59 | 0.00 | 0.00 |
| 10 -2 | Celegari & Morris | 7100-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| 11 | JC's Moving Services | 7100-000 | N/A | 4,329.00 | 4,329.00 | 4,329.00 |
| 12 | RNS Healthcare Consultants | 7100-000 | 0.00 | 6,656.42 | 6,656.42 | 6,656.42 |
| 13 | United Retirement Plan Consultations, Inc | 7200-000 | N/A | 9,590.00 | 0.00 | 0.00 |
| 14 | Hartford Fire Insurance Company | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 15 | Lisa Bernstein & Brian Kotler LLP | 7200-000 | N/A | 136,354.83 | 0.00 | 0.00 |
| 16 | California Bank & Trust | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | CHARLES O THOMPSON,ESQ LEWIS, BRISBOIS, BISGAARD | 7100-000 | 183,574.43 | N/A | N/A | 0.00 |
| NOTFILED | CAMPBELLS TOWINGINC. | 7100-000 | 925.00 | N/A | N/A | 0.00 |
| NOTFILED | ATT LONGDISTANCE | 7100-000 | 127.12 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 807.04 | N/A | N/A | 0.00 |
| NOTFILED | BULLIVANT, HOUSERBAILEY | 7100-000 | 807.19 | N/A | N/A | 0.00 |
| NOTFILED | BENEFITPLANNING | 7100-000 | 815.00 | N/A | N/A | 0.00 |
| NOTFILED | CEB | 7100-000 | 152.18 | N/A | N/A | 0.00 |
| NOTFILED | CALEGARI & MORRIS | 7100-000 | 24,420.00 | N/A | N/A | 0.00 |
| NOTFILED | COMCAST | 7100-000 | 77.50 | N/A | N/A | 0.00 |
| NOTFILED | THE HARTFORD | 7100-000 | 290.00 | N/A | N/A | 0.00 |
| NOTFILED | SPAMSOAP | 7100-000 | 94.00 | N/A | N/A | 0.00 |
| NOTFILED | THOMAS LANDIS | 7100-000 | 1,225.00 | N/A | N/A | 0.00 |
| NOTFILED | THEHARTFORD | 7100-000 | 2,704.00 | N/A | N/A | 0.00 |
| NOTFILED | SHREDWORKS | 7100-000 | 39.00 | N/A | N/A | 0.00 |
| NOTFILED | WESTGROUP | 7100-000 | 1,166.08 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | RANDALL S FARRIMOND,ESQ FARRIMOND LAWOFFICES | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SHIRIN RAZAVIAN C/O DANKO LAWFIRM | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | COPYSHOP | 7100-000 | 1,152.27 | N/A | N/A | 0.00 |
| NOTFILED | COMPEX LEGAL SERVICESINC | 7100-000 | 250.36 | N/A | N/A | 0.00 |
| NOTFILED | DIRECTOR OF INTERNAL REVENUE SERVICE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | DATALOKSTORAGE | 7100-000 | 6,358.31 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 235.05 | N/A | N/A | 0.00 |
| NOTFILED | PITNEY BOWES | 7100-000 | 344.12 | N/A | N/A | 0.00 |
| NOTFILED | ANTHEM, MEDICAL INS. | 7100-000 | 4,505.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 291.81 | N/A | N/A | 0.00 |
| NOTFILED | AT& T | 7100-000 | 13.25 | N/A | N/A | 0.00 |
| NOTFILED | Myers Stevens | 7100-000 | 44.77 | N/A | N/A | 0.00 |
| NOTFILED | AT &T | 7100-000 | 671.56 | N/A | N/A | 0.00 |
| NOTFILED | Matthew Bender & Co Inc. | 7100-000 | 2,266.05 | N/A | N/A | 0.00 |
| NOTFILED | AT &T | 7100-000 | 23.66 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express | 7100-000 | 788.29 | N/A | N/A | 0.00 |
| NOTFILED | LexisNexis | 7100-000 | 27.12 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln National Life | 7100-000 | 312.60 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $486,954.05 | $6,558,200.64 | $6,136,923.20 | $745,446.02 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-33016  **Trustee:** (001140) Barry Milgrom
**Case Name:** O'REILLY & COLLINS, A PROFESSIONAL  **Filed (f) or Converted (c):** 10/25/12 (f)
 **§341(a) Meeting Date:** 03/20/13
**Period Ending:** 10/19/17  **Claims Bar Date:** 07/02/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Funds held by Credit Management Association (See Footnote) | 160,756.39 | 167,756.39 | | 177,840.99 | FA |
| 2 | California Bank & Trust Account number 101020614 (See Footnote) | 130,444.08 | 0.00 | | 0.00 | FA |
| 3 | Pension Plan | Unknown | 0.00 | | 0.00 | FA |
| 4 | 401k and Profit Sharing Plan | 511,236.88 | 0.00 | | 0.00 | FA |
| 5 | Loan Receivables (unknown) (See Footnote) | Unknown | 0.00 | | 21,141.63 | FA |
| 6 | Accounts receivable (unknown) (See Footnote) | Unknown | 0.00 | | 163,362.24 | FA |
| 7 | Stewarts Client/Citibank NA (u) (See Footnote) | 0.00 | 450,000.00 | | 518,831.10 | FA |
| 8 | State Farm (u)<br>Funds recovered through Farrimond Law Offices | 0.00 | 8,140.12 | | 8,140.12 | FA |
| 9 | Proceeds of a bank levy (u)<br>Returned post -bankruptcy (See Footnote) | 0.00 | 21,364.14 | | 21,364.14 | FA |
| 10 | Return premium from Hartford for workers comp (u) | Unknown | 3,568.00 | | 3,568.00 | FA |
| 11 | account receivable - Frembling vs Piper (Searcy)<br>referral fee from Searcy Denney firm for Frembling, Dheni E/O vs Piper Aircraft (See Footnote) | Unknown | 12,999.50 | | 47,452.41 | FA |
| 12 | Account receivable - Howard vs. Toyota (u) | Unknown | 23,011.06 | | 23,011.06 | FA |
| 13 | LIQUIDATED DEBTS OWING DEBTOR (u)<br>Reimbursement of jury fees after accounting for jury trust fund account by San Mateo Sup Ct. | Unknown | Unknown | | 105.00 | FA |
| 14 | Stephens & Stephens v Fireman's Fund litigation (u)<br>Settled per Order Approving Sale of Litigation Claims on 12-7-16 at DE #298. LItigaton in SF Sup Case No. CGC-10-502891 | Unknown | Unknown | | 850,000.00 | FA |
| 14 | **Assets Totals** (Excluding unknown values) | **$802,437.35** | **$686,839.21** | | **$1,834,816.69** | **$0.00** |

RE PROP# 1 This consists of (1) the monies held or collected by CMA and turned over, PLUS (2) funds disgorged based on fees not approved Doc #139

RE PROP# 2 Per DDH-these are trust monies belonging to clients of debtor. They are being distributed (DDH and Bonner)

RE PROP# 5 The one known loan receivable is a promissory note for $464,664 for funds allegedly borrowed by O'Reily for opening the Idaho office. There may be substantial accounting disputes in this case and

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-33016  
**Case Name:** O'REILLY & COLLINS, A PROFESSIONAL  

**Trustee:** (001140) Barry Milgrom  
**Filed (f) or Converted (c):** 10/25/12 (f)  
**§341(a) Meeting Date:** 03/20/13  

**Period Ending:** 10/19/17  
**Claims Bar Date:** 07/02/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

questions as to how to account for assets and funds taken and/or used by the shareholders. It will take a substantial amount of time before the value of the loans and similar payments are identified and agreed to. The Trustee expects that these matters may have to be litigated.

Mr. O'Reilly filed a personal Chapter 11. Collection on the note is stayed as a result. He had been making regular payments through 10-1-14.

RE PROP# 6   There are substantial accounting disputes in this case and questions as to how to account for assets and funds taken and/or used by the shareholders. It will take a substantial amount of time before the value of the loans, accounts receivable and similar payments are identified and agreed to. The Trustee expects that these matters may have to be litigated. In fact, there are currently pending two lawsuits involving the rights of the debtor/estate in certain litiagion settlements.

$3,362.24   cost reimbursement for Allen vs. United Airlines

$160,000.00 Razavian settlement per court order   [Doc #199 7-18-14]

RE PROP# 7   There appears to be no additional funds due from Stewarts, the English law firm that was holding the accounts and funds.

RE PROP# 9   Funds recovered through Farrimond Law Offices which got them from the sheriff as a recoverable preferential transfer

RE PROP# 11   referral fee

---

**Major Activities Affecting Case Closing:**

TDR when Sept bank statements arrive  
TFR approved 9-8-17

**Initial Projected Date Of Final Report (TFR):**   April 17, 2015      **Current Projected Date Of Final Report (TFR):**   September 8, 2017  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-33016  
**Case Name:** O'REILLY & COLLINS, A PROFESSIONAL  

**Taxpayer ID #:** **-***8656  
**Period Ending:** 10/19/17  

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $68,238,664.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/15/13 | {7} | STEWARTS CLIENT / CITIBANK NA | Incoming Wire Reference: S0630741427F01 | 1229-000 | 463,136.90 | | 463,136.90 |
| 03/19/13 | | FARRIMOND LAW OFFICES / CITIBANK NA | Incoming Wire Reference: G0130783895401 | | 29,504.26 | | 492,641.16 |
| | {8} | | 40% of the State Farm check which totaled $20,350.31    8,140.12 | 1229-000 | | | 492,641.16 |
| | {9} | | Proceeds of a bank levy against O'Reilly & Collins    21,364.14 | 1229-000 | | | 492,641.16 |
| 03/27/13 | {1} | CMA Credit Manager | CMA CREDIT MANAGER 20130327QMGFT01000 2299 | 1129-000 | 160,797.52 | | 653,438.68 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 340.43 | 653,098.25 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,002.01 | 652,096.24 |
| 05/04/13 | {5} | Michael H. Bonner Attorney Client Trust Account | Alleged quarterly payment on $464,664 promissory note (O'Reilly allegedly borrowed from D re opening Idaho office | 1121-000 | 3,020.31 | | 655,116.55 |
| 05/17/13 | {7} | Stewarts Client | Wire transfer of 5-17-2013 S0631370EA5C01 | 1229-000 | 55,694.20 | | 710,810.75 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,010.06 | 709,800.69 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 952.88 | 708,847.81 |
| 07/12/13 | 101 | Franchise Tax Board | 2012 Form 100-ES  94-3048656 | 2810-000 | | 811.00 | 708,036.81 |
| 07/16/13 | 102 | Michael Bonner | July 15, 2013 Order Approving First and Final App [Doc 128] | 2990-000 | | 1,400.00 | 706,636.81 |
| 07/22/13 | {10} | The Hartford | Workers comp return premium as a result of final audit for cancellation of policy number 57WBCNZ3560 (term: 06-08-12 to 10-25-12) | 1290-000 | 3,568.00 | | 710,204.81 |
| 07/28/13 | {5} | Michael H. Bonner-Attorney Client Trust Account | Quarterly payment on $464,664 promissory note from Terry O'Reilly, Trustee of the Terence J. O'Reilly Trust dated May 17, 2005 to O'Reilly & Collins, A Professional Corporation | 1121-000 | 3,020.31 | | 713,225.12 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,121.72 | 712,103.40 |
| 08/12/13 | 103 | LSS-IT, Inc. | Inovice 63 dated 8-9-2013 for shipping of computers at Trustee expense and request for reviveiw of info by accountants and counsel | 2990-000 | | 248.00 | 711,855.40 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,024.13 | 710,831.27 |
| 09/07/13 | 104 | Pinnacle Law Group LLP | Per 8-30-13 Order Approving First and Final Application for Compensation [Doc #138] | 3991-000 | | 18,539.50 | 692,291.77 |
| 09/07/13 | 105 | Pinnacle Law Group LLP | Per 8-30-13 Order Approving First and Final | 3992-000 | | 177.07 | 692,114.70 |

Subtotals : $718,741.50   $26,626.80

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-33016  
**Case Name:** O'REILLY & COLLINS, A PROFESSIONAL  

**Taxpayer ID #:** **-***8656  
**Period Ending:** 10/19/17  

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $68,238,664.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Application for Compensation [Doc #138] | | | | |
| 09/19/13 | {1} | Credit Management Association | Per Order Approving First and Final Application for Compensation by Credit Management Association, former Assignee for the Benefit of Creditors of O'Reilly & Collins-Doc #139 | 1129-000 | 17,043.47 | | 709,158.17 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 979.62 | 708,178.55 |
| 10/08/13 | {5} | O'Reilly Law | Quarterly payment on $464,664 promissory note | 1121-000 | 3,020.13 | | 711,198.68 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,123.46 | 710,075.22 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 953.25 | 709,121.97 |
| 12/17/13 | 106 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/17/2013 FOR CASE #12-33016, 01-01-14 to 01-01-15 | 2300-000 | | 654.28 | 708,467.69 |
| 12/19/13 | 107 | McKenna Long & Aldridge LLP | Per 12-14-13 order [Doc #158] | 3110-000 | | 239,337.50 | 469,130.19 |
| 12/19/13 | 108 | McKenna Long & Aldridge LLP | Per 12-14-13 order [Doc #158] | 3120-000 | | 4,043.01 | 465,087.18 |
| 12/23/13 | 109 | Bachecki, Crom & Co. LLP | Per court order filed 12-18-13 Doc #159 | 3410-000 | | 39,184.00 | 425,903.18 |
| 12/23/13 | 110 | Bachecki, Crom & Co. LLP | Per court order filed 12-18-13 Doc #159 | 3420-000 | | 28.24 | 425,874.94 |
| 12/27/13 | {6} | The Boccardo Law Firm, Inc. | Cost reimbursement for Allen vs. United Airlines | 1129-000 | 3,362.24 | | 429,237.18 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,040.26 | 428,196.92 |
| 01/02/14 | {5} | O'Reilly Law | Quarterly payment on $464,664 O'Reilly promissory note | 1121-000 | 3,020.31 | | 431,217.23 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 656.96 | 430,560.27 |
| 02/04/14 | 111 | McKenna Long & Aldridge LLP | per order filed jan 21, 2014 doc#164 | 3110-000 | | 19,207.12 | 411,353.15 |
| 02/07/14 | {11} | Searcy, Denney Trust Account | referral fee from Searcy, Dennbey for Frembling vs Piper Aircraft | 1221-000 | 12,999.50 | | 424,352.65 |
| 02/08/14 | 112 | Franchise Tax Board | 2013 Form 100-ES 94-3048656 | 2820-000 | | 800.00 | 423,552.65 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 569.24 | 422,983.41 |
| 03/28/14 | {5} | O'Reilly Law | Quarterly payment on $464,664 note | 1121-000 | 3,020.13 | | 426,003.54 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 588.12 | 425,415.42 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 652.31 | 424,763.11 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 610.95 | 424,152.16 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 589.74 | 423,562.42 |
| 07/08/14 | {5} | O'Reilly Law | Quarterly payment | 1121-000 | 3,020.13 | | 426,582.55 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 673.39 | 425,909.16 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 592.18 | 425,316.98 |
| 09/08/14 | {6} | Wilson Elser Moskowitz Edelman Atty Trust | Payment of Razavian settlement/compromise per court order- Doc #199 7-18-14 | 1129-000 | 160,000.00 | | 585,316.98 |

Subtotals: $205,485.91 $312,283.63

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-33016  
**Case Name:** O'REILLY & COLLINS, A PROFESSIONAL  

**Taxpayer ID #:** **-***8656  
**Period Ending:** 10/19/17  

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $68,238,664.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 813.63 | 584,503.35 |
| 10/01/14 | {5} | Michael H. Bonner | Quarterly note payment | 1121-000 | 3,020.31 | | 587,523.66 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 872.80 | 586,650.86 |
| 11/06/14 | {12} | The Boccardo Law Firm, Inc. | Expense reimbursement for Howard vs. Toyota Motor Corp. | 1221-000 | 23,011.06 | | 609,661.92 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 778.18 | 608,883.74 |
| 12/17/14 | {13} | Judicial Council of California-San Mateo Sup Ct. | Reimbursement of jury fees after accounting for jury trust fund account by San Mateo Sup Ct. | 1290-000 | 105.00 | | 608,988.74 |
| 12/23/14 | 113 | McKenna Long & Aldridge LLP | Order re 2nd interim fee app- Doc #256 filed 12-22-14 | 3110-000 | | 295,118.50 | 313,870.24 |
| 12/23/14 | 114 | McKenna Long & Aldridge LLP | Order re 2nd interim fee app- Doc #256 filed 12-22-14 | 3120-000 | | 2,123.79 | 311,746.45 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 992.65 | 310,753.80 |
| 01/06/15 | 115 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/06/2015 FOR CASE #12-33016, January 1, 2015 to January 1, 2016 | 2300-000 | | 303.62 | 310,450.18 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 446.73 | 310,003.45 |
| 02/16/15 | 116 | Franchise Tax Board | 2014 Form 100-ES  TIN 94-3048656 | 2820-000 | | 800.00 | 309,203.45 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 415.89 | 308,787.56 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 473.75 | 308,313.81 |
| 04/10/15 | {11} | Searcy Denney Scarola Barnhart & Shipley Trust Account | Referral fee in Frembling, Dheni E/O v. Piper Aircraft, Inc. et al | 1121-000 | 34,452.91 | | 342,766.72 |
| 04/27/15 | | International Sureties, Ltd. | Refund of premium overcharge 2015 | 2300-000 | | -129.88 | 342,896.60 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 471.58 | 342,425.02 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 476.11 | 341,948.91 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 524.63 | 341,424.28 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 507.45 | 340,916.83 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 474.01 | 340,442.82 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 522.36 | 339,920.46 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 488.92 | 339,431.54 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 471.94 | 338,959.60 |
| 12/01/15 | 117 | Pamela Stevens | Per Order Authorizing Trustee to Pay for Clerical Assistance Doc #274 8-28-15 and 11-30 mai email with attachments | 2990-000 | | 1,320.00 | 337,639.60 |
| 12/07/15 | 118 | Franchise Tax Board | 2015 Form 100-ES  TIN 94-3048656 | 2820-000 | | 800.00 | 336,839.60 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 534.24 | 336,305.36 |

Subtotals :  $60,589.28  $309,600.90

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-33016  
**Case Name:** O'REILLY & COLLINS, A PROFESSIONAL  
**Taxpayer ID #:** **-***8656  
**Period Ending:** 10/19/17  

**Trustee:** Barry Milgrom (001140)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3866 - Checking Account  
**Blanket Bond:** $68,238,664.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/19/16 | 119 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/19/2016 FOR CASE #12-33016, Term 01/01/2016 thru 01/01/2017 | 2300-000 | | 126.35 | 336,179.01 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 466.34 | 335,712.67 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 465.50 | 335,247.17 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 529.04 | 334,718.13 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 464.12 | 334,254.01 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 463.47 | 333,790.54 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 526.74 | 333,263.80 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 462.10 | 332,801.70 |
| 08/26/16 | 120 | JAMS | O'Reillly & Collins - Milgrom v. Stephens   REF NO. 1100084917   Judge Ellen James | 3721-000 | | 4,200.00 | 328,601.70 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 525.11 | 328,076.59 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 471.80 | 327,604.79 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 454.25 | 327,150.54 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 500.60 | 326,649.94 |
| 12/23/16 | {14} | Danko Meredith | Per Order Approving Sale of Litigation Claims entered 12-7-16, DE #298, re Stephens & Stephens XII, LLC v. Fireman's Fund Insurance,  SF Sup Ct. Case No. CGC-10-502891 | 1221-000 | 850,000.00 | | 1,176,649.94 |
| 12/29/16 | 121 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/30/2016 FOR CASE #12-33016, Term 01/01/17 to 01/01/18 | 2300-000 | | 98.38 | 1,176,551.56 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 590.48 | 1,175,961.08 |
| 01/09/17 | 122 | Franchise Tax Board | 94-3048656   2016 Form 100-ES | 2820-000 | | 800.00 | 1,175,161.08 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,803.43 | 1,173,357.65 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,575.19 | 1,171,782.46 |
| 05/24/17 | 123 | Dentons US LLP | Approved per 5-24-17 order  DE #334 | 3210-000 | | 285,987.50 | 885,794.96 |
| 05/24/17 | 124 | Dentons US LLP | Allowed per order 5-24-17 DE #334 | 3220-000 | | 697.82 | 885,097.14 |
| 05/30/17 | 125 | Barry Milgrom | Dividend paid 100.00% on $78,294.50, Trustee Compensation;  Reference: | 2100-000 | | 78,294.50 | 806,802.64 |
| 05/30/17 | 126 | Barry Milgrom | Dividend paid 100.00% on $166.65, Trustee Expenses;  Reference: | 2200-000 | | 166.65 | 806,635.99 |
| 05/30/17 | 127 | Atkinson-Baker Inc. | Percent of Dividend 100.00%  Final dividend in bankruptcy case | 7100-000 | | 262.59 | 806,373.40 |
| 05/30/17 | 128 | Electro Imaging Systems, Inc. | Percent of Dividend 100.00%  Final dividend in bankruptcy case | 7100-000 | | 1,260.92 | 805,112.48 |

Subtotals :         $850,000.00         $381,192.88

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 12-33016 | | **Trustee:** | Barry Milgrom (001140) |
| **Case Name:** | O'REILLY & COLLINS, A PROFESSIONAL | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3866 - Checking Account |
| **Taxpayer ID #:** | **-***8656 | | **Blanket Bond:** | $68,238,664.00 (per case limit) |
| **Period Ending:** | 10/19/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/30/17 | 129 | BULLIVANT, HOUSER BAILEY PC | Percent of Dividend 100.00% Final dividend in bankruptcy case | 7100-000 | | 799.70 | 804,312.78 |
| 05/30/17 | 130 | LexisNexis | Percent of Dividend 100.00% Final dividend in bankruptcy case | 7100-000 | | 3,795.00 | 800,517.78 |
| 05/30/17 | 131 | Celegari & Morris | Percent of Dividend 100.00% Final dividend in bankruptcy case | 7100-000 | | 3,000.00 | 797,517.78 |
| 05/30/17 | 132 | JC's Moving Services | Percent of Dividend 100.00% Final dividend in bankruptcy case | 7100-000 | | 4,329.00 | 793,188.78 |
| 05/30/17 | 133 | RNS Healthcare Consultants | Percent of Dividend 100.00% Final dividend in bankruptcy case | 7100-000 | | 6,656.42 | 786,532.36 |
| 05/30/17 | 134 | Bachecki, Crom & Co. LLP | Dividend paid 100.00% on $149.58, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 149.58 | 786,382.78 |
| 05/30/17 | 135 | Bachecki, Crom & Co. LLP | Dividend paid 100.00% on $60,398.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 60,398.00 | 725,984.78 |
| 06/02/17 | 136 | City and County of San Francisco | Percent of Dividend 100.00% Final dividend in bankruptcy case | 4110-000 | | 642.39 | 725,342.39 |
| 09/11/17 | 137 | Michael S. Danko | Percent of Dividend 11.85% Final dividend in bankruptcy case | 7100-000 | | 720,579.17 | 4,763.22 |
| 09/11/17 | 138 | California Bank & Trust | Percent of Dividend 11.85% Final dividend in bankruptcy case | 7100-000 | | 4,763.22 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,834,816.69 | 1,834,816.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,834,816.69 | 1,834,816.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $1,834,816.69 | $1,834,816.69 | |

| | |
|---|---|
| Net Receipts : | 1,834,816.69 |
| Net Estate : | $1,834,816.69 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3866 | 1,834,816.69 | 1,834,816.69 | 0.00 |
| | $1,834,816.69 | $1,834,816.69 | $0.00 |

{} Asset reference(s)